Rick Hernandez
Hernandez Law Offices LLC
P.O. Box 1039
Sunnyside, WA 98944
(509) 837-3184

Attorney for Nika Eloisa Salazar

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NIKA ELOISA SALAZAR,<br><br>Defendant. | No. 4:26-CR-06013-MKD-4<br><br>DECLARATION OF RICARDO HERNANDEZ |

Ricardo Hernandez, being first duly sworn upon oath, deposes and states as follows:

I have received the following letters of support on behalf on Nika Salazar with regard to her detention Hearing.

1. Letter from Maria Trinidad Madrigal.
2. Letter from Michelle Gonzalez.

I hereby certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge.

DATED this 17th day of November 2026.

s/Ricardo Hernandez
Ricardo Hernandez

CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Assistant United States Attorney Brandon Pang.

s/ Ricardo Hernandez
Ricardo Hernandez