Your Honor,

I am writing to respectfully submit a request on behalf of my daughter, Nika Salazar.

As her mother, I ask for your understanding regarding our family's situation. Nika is the youngest of my five children and spent much of her childhood alone while I worked long hours. Unfortunately, this led her to seek companionship without always recognizing who her true friends were. She has always been considerate and overly trusting, which has made her vulnerable to people taking advantage of her good nature.

I believe the time Nika has spent in jail has helped her understand the gravity of her situation. I know she understands the difference between right and wrong, and she is fully willing to make positive changes and cut negative influences out of her life. While she has always tried to help others, she has struggled to discern when people do not have her best interests at heart.

Nika is not a threat or a burden to me or our family. We are fully committed to supporting her so she can make better choices for herself, her daughter, and her grandchildren.

Thank you for your time, consideration, and compassion.

Respectfully,

Maria Trinidad Madrigal