Dear judge and to whomever this letter may condone. I Michelle Gonzalez , Nika E. Salazar daughter vouched for my mother to come home. Because of many mistakes and looking at her past they've mistaken her for a dangerous person and taken her past incarceration as a reason to keep her in. As someone who got to see her come from nothing and making something and someone of herself I can say she is not a dangerous person neither to me or my kids or anyone else that knows her personally. Shes worked hard to work for herself for a cleaning company that I myself when I had the chance voluntarily went to help her. To give us some time to learn from one another and to make her come home a little earlier than usual to spend time with my kids , her grandchildren and to get some rest. Because of life circumstances and my mother being a young mom we didnt grow up to have that mom and daughter bond until I got older and understood more about her and myself became a mother. When my daughter was born 2019 thats when we slowly started to connect more and have more than just occasional talk but create and catch up on all the time lost. Shes been there for me and my kids who miss her dearly. Who dont know where she is at, I decided to keep the jail part out and say shes at a school learning. I have a 7 year old daughter and a 4 year old son and soon to have twins. I need my mom as well as my family's support a long the way of this journey, it takes a village to raise kids and keep a mom at float with the rest of the home task. I know my mom , and I can say she is a good person and has always been independent of herself since a young age. And I sure know she did not deserve to go back to a place where she once was because I do believe she learned her lessons. I believe in her and that she can do right by our side and continue to work and progress with her work and life. She has support from me and my family, my grandma and her siblings. Thank you for taking the time to read this and find it in your heart that we make mistakes for some are not to repeat themselves.